UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:13-cr-00184-SEB-DML |
| | ) | |
| MATTHEW BERTRAM, | ) | -05 |
| | ) | |
| Defendant. | ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed Magistrate Judge Debra McVicker Lynch's Report and

Recommendation that Matthew Bertram's supervised release be revoked, pursuant to Title 18,

U.S.C. §3401(i) and Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C.

§3583, the Court *nunc pro tunc* as of August 5, 2020 approves and adopts the Report and

Recommendation as the entry of the Court, and orders a sentence imposed of imprisonment of

four (4) months in the custody of the Attorney General or his designee, with no supervised

release to follow.

**SO ORDERED.**

Date: _____8/19/2020_____

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system

United States Probation Office

United States Marshal Service